AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

FILED
US DISTRICT COURT
WESTERN DISTRICT
OF ARKANSAS
Mar 14, 2024
OFFICE OF THE CLERK

# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Jason Vasquez | ) | Case No: 3:20CR30018-001 and 3:21CR30009-001 |
| | ) | USM No: 08922-509 |
| Date of Original Judgment: 10/14/2021 | ) | |
| Date of Previous Amended Judgment: | ) | Samuel Christian Flanagin |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   10/18/2021   shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 3·14·2024

*Judge's signature*: P.K. Holmes III

Effective Date: _____
*(if different from order date)*

Honorable P.K. Holmes, III, U.S. District Judge
*Printed name and title*